FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 29 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| KENNETH A. SIERRA, | No. 09-15234 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00887-RTB-CAB |
| v. |  |
| GRANNIS, Chief Inmate Appeals; et al., | MEMORANDUM* |
| Defendants - Appellees. |  |

Appeal from the United States District Court
for the Eastern District of California
Roger T. Benitez, District Judge, Presiding

Submitted September 27, 2011 **

Before: HAWKINS, SILVERMAN and W. FLETCHER, Circuit Judges.

California state prisoner Kenneth Sierra appeals pro se from the district

court's dismissal of his 42 U.S.C. § 1983 action on the grounds that Sierra's

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

complaint was nearly incomprehensible.  We have jurisdiction pursuant to 28

U.S.C. § 1291, and we affirm.

The district court did not err in dismissing Sierra's action.  We agree that the

complaint lacks an arguable basis in either law or fact.  *See* 28 U.S.C.

§§1915(e)(2)(B), 1915A.

**AFFIRMED.**